COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
FRANKLIN B. GOLDBERG (222263) (fgoldberg@cooley.com)
KATHLEEN E. TREIBER (232353) (ktreiber@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Plaintiff
EBAY INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., a Delaware corporation, | Case No.  C 06 5426 PJH |
| Plaintiff, | **PLAINTIFF EBAY INC.'S NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANTS SADRISH SHAMS, DILSHAD SAVANI, MALIK HUDDA, AND VARIOUS JOHN AND JANE DOES** AND ORDER |
| v. | |
| ATIQ S. SAVANI, an individual, ATIQ SALIM, an individual, SADRISH SHAMS, an individual, DILSHAD SAVANI, an individual, MALIK HUDDA, an individual, WORLDAUCTIONS, INC., a business entity, the form of which is unknown, and VARIOUS JOHN and JANE DOES, individuals, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff EBAY INC.

hereby dismisses without prejudice all claims brought against defendants SADRISH SHAMS,

DILSHAD SAVANI, MALIK HUDDA, and VARIOUS JOHN and JANE DOES.

///

///

///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1023255 v1/SF

1.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
C 06 5426 PJH

1    This voluntary dismissal shall in no way affect EBAY INC.'s claims against defendant

2  ATIQ S. SAVANI, also known as ATIQ SALIM, and doing business as WORLDAUCTIONS,

3  INC.

4  Dated: January 19, 2007

COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634)
FRANKLIN B. GOLDBERG (222263)
KATHLEEN E. TREIBER (232353)

John W. Crittenden (101634)
Attorneys for Plaintiff
EBAY INC., a Delaware corporation

1/22/07

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1023255 v1/SF                    2.          PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
                                              C 06 5426 PJH