COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
FRANKLIN B. GOLDBERG (222263) (fgoldberg@cooley.com)
KATHLEEN E. TREIBER (232353) (ktreiber@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Plaintiff
EBAY INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., a Delaware corporation, | Case No.  C 06-05426 PJH |
| Plaintiff, | [PROPOSED] ORDER ON FURTHER REQUEST OF EBAY INC. TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| ATIQ S. SAVANI, an individual, ATIQ SALIM, an individual, SADRISH SHAMS, an individual, DILSHAD SAVANI, an individual, MALIK HUDDA, an individual, WORLDAUCTIONS, INC., a business entity, the form of which is unknown, and VARIOUS JOHN and JANE DOES, individuals, | |
| Defendants. | |

///

///

///

///

///

///

///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1024260 v1/SF

1.

[PROPOSED] ORDER ON EBAY'S FURTHER
REQUEST TO CONTINUE DATE OF INITIAL CMC
C 06-05426 PJH

1       eBay Inc. filed a letter dated January 24, 2007, requesting that the Court continue the date

2  of the Initial Case Management Conference, presently set for February 1, 2007, so that it may

3  either resolve this matter without further court involvement, or, in the alternative, move for a

4  default judgment pursuant to Federal Rule of Civil Procedure 55(b).

5       After considering eBay Inc.'s January 24, 2007 letter, arguments of counsel, and all other

6  matters presented to the Court, IT IS HEREBY ORDERED that:

7      •  The request of eBay Inc. to continue the Initial Case Management Conference is

8         GRANTED; and

9      •  The Case Management Conference previously set for Thursday, February 1, 2007 at

10        2:30 p.m. is hereby continued to Thursday, March 29, 2007 at 2:30 p.m.

11 IT IS FURTHER HEREBY ORDERED that:

12     •  eBay Inc. may file a Motion for Default Judgment against Atiq S. Savani (also known

13        as Atiq Salim and doing business as WorldAuctions, Inc.) no later than February 13,

14        2007; and

15     •  eBay Inc. may notice a hearing on its Motion for Default Judgment for Wednesday,

16        March 21, 2007 at 9:00 a.m., or as soon thereafter as this matter may be heard by the

17        above-entitled Court.

18

19

20

21 Dated: January <u>29</u>, 2007

22

23                                        UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1024260 v1/SF          2.          [PROPOSED] ORDER ON EBAY'S FURTHER
REQUEST TO CONTINUE DATE OF INITIAL CMC
C 06-05426 PJH