COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
FRANKLIN B. GOLDBERG (222263) (fgoldberg@cooley.com)
KATHLEEN E. TREIBER (232353) (ktreiber@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
EBAY INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., a Delaware corporation, | Case No.  C 06-05426 PJH |
| Plaintiff, | **ORDER FOR JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| ATIQ S. SAVANI, an individual, ATIQ SALIM, an individual, SADRISH SHAMS, an individual, DILSHAD SAVANI, an individual, MALIK HUDDA, an individual, WORLDAUCTIONS, INC., a business entity, the form of which is unknown, and VARIOUS JOHN and JANE DOES, individuals, | |
| Defendants. | |

**ORDER FOR JUDGMENT AND PERMANENT INJUNCTION**

The Court has reviewed and accepted the Stipulation for Judgment and Permanent Injunction, attached as Exhibit A (the "Stipulation") as a proper disposition of this matter. Therefore,

IT IS ORDERED that the Clerk of this Court enter Judgment in this matter in favor of plaintiff eBay Inc. and against defendant Atiq S. Savani, also known as Atiq Salim and doing business as WorldAuctions, Inc., according to the provisions of Rule 58 of the Federal Rules of

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1017290 v5/SF

1.

**ORDER FOR JUDGMENT AND PERMANENT INJUNCTION
CASE NO. C 06-05426 PJH**

1    Civil Procedure, and in accordance with the terms of this Stipulation.   Judgment shall be so

2    entered forthwith.

3

4

5    Dated:_____3/9/07_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1017290 v5/SF

2.

ORDER FOR JUDGMENT &
PERMANENT INJUNCTION
CASE NO. C 06-05426 PJH

# Exhibit A

COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
FRANKLIN B. GOLDBERG (222263) (fgoldberg@cooley.com)
KATHLEEN E. TREIBER (232353) (ktreiber@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Plaintiff
EBAY INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., a Delaware corporation, | Case No.  C 06-05426 PJH |
| Plaintiff, | **STIPULATION FOR JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| ATIQ S. SAVANI, an individual, ATIQ SALIM, an individual, SADRISH SHAMS, an individual, DILSHAD SAVANI, an individual, MALIK HUDDA, an individual, WORLDAUCTIONS, INC., a business entity, the form of which is unknown, and VARIOUS JOHN and JANE DOES, individuals, | |
| Defendants. | |

    eBay Inc. ("eBay") and Atiq. S. Savani, also known as Atiq Salim and doing business as WorldAuctions, Inc. ("Savani"), by their signatures or the signatures of their counsel of record to this Stipulation for Judgment and Permanent Injunction ("Stipulation"), do stipulate and agree as follows:

### RECITALS

    **1.**    Each counsel and/or party who signs this Stipulation has all authority required to bind the parties, and the parties' successors, and heirs, to the terms of this Stipulation and any Judgment resulting from it.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1017290 v5/SF

1.

STIPULATION FOR JUDGMENT AND
PERMANENT INJUNCTION
CASE NO. C 06-05426 PJH

2.      On September 1, 2006, eBay filed a federal complaint entitled *eBay Inc. v. Atiq S. Savani, an individual, Atiq Salim, an individual, Sadrish Shams, an individual, Dilshad Savani, an individual, Malik Hudda, an individual, WorldAuctions, Inc., a business entity, the form of which is unknown, and Various John and Jane Does, individuals*, Case No. C 06-05426 PJH in the United States District Court for the Northern District of California (the "Action").

3.      In the Action, eBay sought preliminary and permanent injunctive relief, an accounting of all revenues and profits, costs and attorneys' fees, alleging: (1) Federal Trademark Infringement; (2) Federal Trade Dress Infringement; (3) Federal False Designation of Origin; (4) Common Law Trademark Infringement; (5) Trademark Dilution, Cal. Bus. & Prof. Code § 14330; (6) Federal Copyright Infringement; (7) Violation of Computer Fraud & Abuse Act, 18 U.S.C. § 1030; (8) Violation of Computer Crimes Act, Cal. Penal Code § 502; (9) Intentional Interference with Contractual Relations; (10) Intentional Interference with Prospective Economic Relations; (11) Unfair Competition, Cal.  Bus. & Prof. Code, §§ 17200, *et seq.*; (12) Common Law Unfair Competition; and (13) Breach of Contract.

4.      The parties have discussed their dispute and desire to resolve the Action amicably and without any further involvement from this Court.

5.      The parties separately have executed a document entitled "Settlement Agreement and Release of Claims," and now agree to having judgment entered in this matter.

6.      The parties concede that this Court has subject matter of the Action and that, by agreeing to a judgment in this matter, they voluntarily consent to this Court exercising jurisdiction over their persons.

7.      The parties agree that the below terms constitute a full and fair settlement of all claims raised in this matter and should be entered as the judgment in the Action by the Court.

### TERMS OF PROPOSED JUDGMENT

1.      Savani, his directors, officers, agents, servants, employees, affiliates, and all persons acting in concert or participation with Savani are permanently enjoined and restrained from:

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1017290 v5/SF

2.

STIPULATION FOR JUDGMENT &
PERMANENT INJUNCTION
CASE NO. C 06-05426 PJH

(a)      using eBay's marks that consist of or incorporate the term "EBAY," including the eBay Logo, or any variants thereof or marks or taglines confusingly similar thereto, as a trademark, trade name, service mark, tagline, domain name, or for any other purpose;

(b)      using eBay's marks that consist of or incorporate the term "BUY IT NOW," including the BUY IT NOW logo, or any variants thereof or marks or taglines confusingly similar thereto, as a trademark, trade name, service mark, tagline, domain name, or for any other purpose;

(c)      using eBay's taglines that consist of or incorporate the term "IT," or any variants thereof or marks or taglines confusingly similar thereto, as a trademark, trade name, service mark, tagline, domain name, or for any other purpose;

(d)      using the eBay trade dress (including the look and feel of the eBay home page and item-listed pages, as set forth in eBay's September 1, 2006 complaint), or any confusingly similar variant thereof, for any purpose;

(e)      reproducing, preparing derivative works based upon, distributing copies of, displaying publicly, or transmitting, the word IT as used by eBay in a distinctive font and in yellow, green, and red colors;

(f)      accessing the eBay Web site for any purpose; and

(g)      accessing, copying, or making any use of the eBay feedback scheme or eBay user feedback ratings for any purpose.

2.      Each party is to bear its own costs and attorneys' fees in this matter.

3.      Savani shall have 30 days from the date of this Stipulation in which to comply with the foregoing terms.

///
///
///
///
///
///

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1017290 v5/SF

3.

STIPULATION FOR JUDGMENT &
PERMANENT INJUNCTION
CASE NO. C 06-05426 PJH

1    4.    Entry of Judgment in accordance with this Stipulation shall constitute a final

2    termination of all claims and causes of action asserted in the Action, and shall render as moot

3    eBay's Notice of Motion and Motion for Default Judgment and Permanent Injunction, and

4    Request for Attorneys' Fees Fixed by the Court; and Memorandum of Points and Authorities in

5    Support Thereof, filed on February 13, 2007.

6

7    Dated: ~~February~~ March 8, 2007              COOLEY GODWARD LLP
                                                     JOHN W. CRITTENDEN (101634)
8                                                    FRANK B. GOLDBERG (222263)
                                                     KATHLEEN E. TREIBER (232353)
9

10

11                                                   John W. Crittenden (101634)

12                                                   Attorneys for Plaintiff EBAY INC., a Delaware
                                                     corporation
13

14   Dated: February ___, 2007                      **ATIQ S. SAVANI (a/k/a ATIQ SALIM and
                                                     d/b/a WORLDAUCTIONS, INC.)**
15

16

17                                                   Atiq S. Savani

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1017290 v5/SF                          4.                STIPULATION FOR JUDGMENT &
                                                         PERMANENT INJUNCTION
                                                         CASE NO. C 06-05426 PJH

1        **4.**    Entry of Judgment in accordance with this Stipulation shall constitute a final

2    termination of all claims and causes of action asserted in the Action, and shall render as moot

3    eBay's Notice of Motion and Motion for Default Judgment and Permanent Injunction, and

4    Request for Attorneys' Fees Fixed by the Court; and Memorandum of Points and Authorities in

5    Support Thereof, filed on February 13, 2007.

6

7    Dated: February ___, 2007                  COOLEY GODWARD LLP
                                                JOHN W. CRITTENDEN (101634)
8                                               FRANK B. GOLDBERG (222263)
                                                KATHLEEN E. TREIBER (232353)
9

10

11                                              _____
                                                John W. Crittenden (101634)
12
                                                Attorneys for Plaintiff EBAY INC., a Delaware
                                                corporation
13

14   Dated: February 2̲4̲, 2007                  **ATIQ S. SAVANI (a/k/a ATIQ SALIM and
                                                d/b/a WORLDAUCTIONS, INC.)**
15

16                                              _____
                                                Atiq S. Savani
17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1017290 v5/SF                            4.            **STIPULATION FOR JUDGMENT &
                                                       PERMANENT INJUNCTION
                                                       CASE NO. C 06-05426 PJH**